AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEFFREY D. WINNINGHAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 423-159

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 5, 2024 and 42 U.S.C. § 405(g), Judgment is hereby entered in favor of the Plaintiff. Therefore, this action is remanded to the Commissioner for further proceedings  This case stands closed.

Approved by: _Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



September 9, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020